IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DELGARDO FRANKLIN, II,

  Plaintiff,

v.                                         Case No. 1:23-cv-00601

THE COMMONWEALTH OF VIRGINIA,
ARLINGTON COUNTY, VIRGINIA, TYLER
W. DUNCAN, HARLEY L. GUENTHER,
JOEL M. DAVIS, JOHN R. DONAGGIO,
STEVEN Z. WHITE, OFFICER PARDEE,
OFFICER PEREZ, OFFICER FREIERT,
JOHN DOE OFFICERS AND
COMMONWEALTH'S ATTORNEY FOR
THE COUNTY OF ARLINGTON AND THE
CITY OF FALLS CHURCH.

  Defendants.

## MOTION FOR LEAVE TO FILE VIDEO WITH AUDIO EXHIBIT

NOW COME the Defendants Tyler W. Duncan, Harley L. Guenther, Joel M. Davis, John R. Donaggio, Steven Z. White, Officer Pardee, Officer Perez, and Officer Freiert, by counsel, and move this Court for leave to file a video with audio exhibit in support of their Motion to Dismiss.

                                                              **TYLER W. DUNCAN, HARLEY L. GUENTHER, JOEL M. DAVIS, JOHN R. DONAGGIO, STEVEN Z. WHITE, OFFICER PARDEE, OFFICER PEREZ, OFFICER FREIERT**

                                                              By Counsel

  /s/ Leslie A. Winneberger
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Tyler W. Duncan, Harley L. Guenther,
Joel M. Davis, John R. Donaggio, Steven Z. White,
Officer Pardee, Officer Perez, and Officer Freiert
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
lwinneberger@hccw.com
bobrien@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 23rd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Jeffrey S. Danzig, Esq. (VSB No. 41383)
      Law Office of Jeffrey S. Danzig, PLLC
      111 Park Place
      Falls Church, VA 22046
      703-241-4918 - Phone
      815-301-9561 - Fax
      jdanzig@danziglaw.com

      Tyler R Christians, Esq. (VSB No. 78362)
      Christians Law, PLLC
      111 Park Place
      Falls Church, VA 22046
      571-641-3033 - Phone
      571-641-3054 - Fax
      tyler@christians.com

      Virginia Margaret Sadler
      Ryan C. Samuel (VSB No. 84400)
      Arlington County
      One Courthouse Plaza
      2100 Clarendon Blvd, Suite 403
      Arlington, VA 22201
      703-228-3100 - Phone
      703-228-7106 – Fax
      vsadler@arlingtonva.us
      rsamuel@arlingtonva.us

Debra S. Stafford (VSB No. 43175)
HUDGINS LAW FIRM, PC
2331 Mill Road, Suite 100
Alexandria, Virginia 22314
703-739-3300 – Phone
703-739-3700 – Fax
dstafford@hudginslawfirm.com

/s/ Leslie A. Winneberger
Leslie A. Winneberger (VSB No. 45040)
Blaire H. O'Brien (VSB No. 83961)
Counsel for Tyler W. Duncan, Harley L. Guenther, Joel M. Davis, John R. Donaggio, Steven Z. White, Officer Pardee, Officer Perez, and Officer Freiert
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
lwinneberger@hccw.com
bobrien@hccw.com